In the Matter of the Compensation of
Rex D. Gibson, Claimant.

## WEYERHAEUSER COMPANY,
*Petitioner,*

*v.*

## GIBSON,
*Respondent.*

(81-09211; CA A34568)

707 P2d 1239

Paul L. Roess, Coos Bay, argued the cause for petitioner. With him on the brief was Foss, Whitty & Roess, Coos Bay.

James L. Edmunson, Eugene, argued the cause for respondent. With him on the brief were Evohl F. Malagon, and Malagon & Associates, Eugene.

Before Gillette, Presiding Judge, and Joseph, Chief Judge, and Young, Judge.

PER CURIAM

**PER CURIAM**

Employer seeks judicial review of a Workers' Compensation Board order which awarded claimant permanent total disability. On *de novo* review, we find that claimant meets the statutory criteria for permanent total disability and therefore affirm.

Employer attempts to argue the issue of whether claimant's back and neck problems are a compensable consequence of his 1980 industrial injury. That issue was decided adversely to employer in *Weyerhaeuser Co. v. Gibson,* 60 Or App 226, 656 P2d 964 (1982). Therefore, the only issue for review is whether claimant is permanently and totally disabled.

In view of claimant's age, his chronic physical problems related to the industrial injury, the lack of present opportunities for the employment of his skills and the futility of requiring a continuing search for work, we agree with the Board's extent of disability determination.

Affirmed.